1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID CALLAWAY (CABN 121782)
3  Chief, Tax Division

4  THOMAS MOORE (ALBN 4305-O78T)
   Assistant United States Attorney
5  Chief, Tax Division

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7017
       FAX: (415) 436-7009
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                           OAKLAND DIVISION
12

13 UNIT ED STATES OF AMERICA,        )  Case No. CR 14-131 JST
                                     )
14          Plaintiff,                )
                                     )  STIPULATION MOVING JUNE 19, 2015
15     v.                            )  HEARING TO AUGUST 21, 2015 AND
                                     )  [PROPOSED] ORDER
16 PAUL LAMONT LEE,                  )
                                     )
17          Defendant.                )
                                     )
18 _____)

19     IT IS HEREBY STIPULATED by and between plaintiff United States of America, through

20 counsel, THOMAS MOORE and defendant PAUL LAMONT LEE through counsel, SHAFFY

21 MOEEL, that the June 19, 2015 sentencing hearing scheduled for 9:30 a.m., be rescheduled for

22 August 21, 2015 at 9:30 a.m.  Mr. Lee is in custody.

23     Mr. Lee's counsel will be out of the country from May 26, 2015 until June 10, 2015.  She

24 will need more time to prepare for Mr. Lee's sentencing hearing and to timely file her sentencing

25 papers on Mr. Lee's behalf.

26     **IT IS SO STIPULATED.**

27 //

28 //

STIP. and [PROPOSED] ORDER
No. 14-131 JST                             1

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | MELINDA HAAG<br>United States Attorney |
| /s/<br>SHAFFY MOEEL<br>Attorney for Defendant<br>Paul Lamont Lee | /s/<br>THOMAS MOORE<br>Assistant United States Attorney<br>Chief, Tax Division |

IT IS SO ORDERED.

Dated: June 11, 2015

_____
HONORABLE JON S. TIGAR
District Judge, United States District Court

STIP. and [PROPOSED] ORDER
No. 14-131 JST                                2